DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PRINCETON ASSET MANAGEMENT, LLC,**
Appellant,

v.

**CHRISTOPHER JANNEY, PETER JANNEY,** individually, and as
Trustees of the **WALTER C. JANNEY 2/7/2035** Irrevocable Trust and
the **WALTER C. JANNEY** Irrevocable Trust fbo FW Janney,
Appellees.

No. 4D22-240

[September 8, 2022]

Appeal of nonfinal order from the Circuit Court for the Fifteenth
Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No.
50-2021-CA-008659-XXXX-MB.

Adam D. Falcon, West Palm Beach, for appellant.

Jason Haselkorn of Haselkorn & Thibaut, P.A., Juno Beach, and
Charles L. Pickett of Charles L. Pickett, P.A., Fort Pierce, for appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***